COM.

v.

**WEAVER, T.**

**1629 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–22–CR–0003423–2014, CP–22–CR–0004046–2011, CP–22–CR–0004417–2012, CP–22–CR–0004419–2012 (Dauphin)

Affirmed

COM.

v.

**BOWLING, K.**

**1650 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–28–CR–0001517–2015 (Franklin)

Appeal Dismissed

COM.

v.

**HARMER, S.**

**1642 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–36–CR–0004640–2012 (Lancaster)

Affirmed

COM.

v.

**BAUER, K.**

**1721 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–35–CR–0000440–2015
CP–35–CR–0000442–2015
(Lackawanna)

Affirmed